**Jim GRAY, Plaintiff-Appellant,**

v.

**WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY, Defendant-Appellee.**

**No. 17-1299**

United States Court of Appeals, Fourth Circuit.

Submitted: July 20, 2017

Decided: July 24, 2017

Jim Gray, Appellant Pro Se. Gerard J. Stief, Associate General Counsel, WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY, Washington, D.C., for Appellant.

Before DUNCAN and WYNN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jim Gray appeals the district court's order dismissing his civil action. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Gray v. Washington Metro. Area Transit Auth.*, No. 8:16-cv-01792-DKC (D. Md. Feb. 8, 2017). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*